UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 3:22-cr-13

vs.

DARRYL LEE,                                 District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT REQUEST TO CONTINUE; (2) EXCLUDING THE TIME FROM OCTOBER 11, 2022 UNTIL NOVEMBER 10, 2022 WITHIN WHICH THE UNITED STATES MUST BRING DEFENDANT TO TRIAL; AND (3) SETTING TRIAL TO BEGIN ON NOVEMBER 10, 2022**

---

        This criminal case comes before the Court on the parties' joint motion to continue. The parties made such request at a teleconference held on October 5, 2022 at 2:00 p.m. The Court hereby **ORDERS** that the parties' joint motion to continue is **GRANTED**.

        The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting the requested continuance and that such continuance outweighs the best interest of the public and Defendant in a speedy trial. Failure to grant the requested continuance would deny both the Government and Defendant the time necessary for effective preparation (such as having witnesses available to testify at trial), and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7). Thus, the time from **October 11, 2022 until November 10, 2022** is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial.

        This case is set for trial beginning on **November 10, 2022** in the Walter H. Rice Federal Building and United States Courthouse in Dayton, Ohio.

**IT IS SO ORDERED.**

 October 5, 2022	s/Michael J. Newman
	Hon. Michael J. Newman
	United States District Judge