UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                   Case No. 3:22-cr-13

vs.

DARRYL LEE,                                     District Judge Michael J. Newman

    Defendant.

_____

**ORDER EXTENDING THE SPEEDY TRIAL ACT DEADLINE UNTIL DECEMBER 8, 2022**

_____

The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by a continuance and that such continuance outweighs the best interest of the public and defendant in a speedy trial.  Failure to grant the requested continuance would deny both the Government and Defendant the time necessary for effective preparation (such as having witnesses available to testify at trial) and to explore all possible means of resolving this case prior to trial.  *See* 18 U.S.C. § 3161(h)(7).  Thus, the Speedy Trial Act deadline is **EXTENDED** from **November 10, 2022 until December 8, 2022**, by which time the United States must bring Defendant to trial.

    **IT IS SO ORDERED.**

   November 8, 2022                                     s/Michael J. Newman
                                                             Hon. Michael J. Newman
                                                             United States District Judge