UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 3:22-cr-13

vs.

DARRYL LEE,                              District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 22); AND (2) REQUIRING THE PARTIES TO CONTACT THE COURT TO SCHEDULE A SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 22. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in Count One of the Indictment, which charges him with possessing with intent to distribute forty grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 18 U.S.C. §§ 841(a)(1) and (b)(1)(B). Doc. No. 4 at PageID 7. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing. The parties should contact the Court to schedule a sentencing hearing.

    **IT IS SO ORDERED.**

  December 15, 2022                              s/ Michael J. Newman
                                                           Hon. Michael J. Newman
                                                           United States District Judge